# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KELLY JO STEPHENS;                                                           PLAINTIFFS
and CHRIS STEPHENS

v.                            No. 4:13CV00647 JLH

TIMOTHY W. CALICOTT, M.D.                                    DEFENDANT

## ORDER

Plaintiffs' motion for leave to dismiss pursuant to settlement is GRANTED. Document #13.

This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 23rd day of December, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE